IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED
ASHEVILLE, N.C.

JUL 3 0 2009

U.S. DISTRICT COURT
W. DIST. OF N.C.

DOCKET NO. 1:07CR103

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **FINAL ORDER OF** |
| ) | **FORFEITURE** |
| v. ) | **SUBSTITUTING PROPERTY** |
| ) | **FOR MONEY JUDGMENT OF** |
| MERRILL RUPPE, ) | **$60,831.00** |
| ) | |
| Defendant. ) | |

On January 8, 2009, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e), amending the order of forfeiture previously entered in this case to include certain property of defendant Merrill Ruppe as substitute property.

On March 24, 2009 through April 22, 2009, the United States posted on an official government internet site (www.forfeiture.gov), for at least 30 consecutive days, notice of this forfeiture and of the intent of the United States to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

It is therefore ORDERED:

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as final. All right, title, and interest in **the following properties**, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

1

TOTAL P.03

Proceeds, estimated to be $105,000.00, of the sale of real property at 100 Meadow Lark Lane, Grover, Cleveland County, North Carolina, by the defendant to Dennis Coleman, her ex-husband, on September 12, 2008, as described in a deed at Book 1561, Page 473, of the Cleveland County Public Registry, which real property was included as an asset in the defendant's Presentence Report (¶ 53).

Real property, with a tax value of $10,947.00, owned by the defendant at 106 Meadow Lark Lane, Grover, Cleveland County, North Carolina, North Carolina, since December 13, 2002.

Real property, with a tax value of $11,689.00, owned by the defendant at 110 Meadow Lark Lane, Grover, Cleveland county, North Carolina, since December 13, 2002.

Real property, with a tax value of $12,459.00, owned by the defendant at 113 Meadow Lark Lane, Grover, Cleveland County, North Carolina, since December 13, 2002.

Real property, with a tax value of $11,103.00, owned by the defendant at 116 Meadow Lark Lane, Grover, Cleveland County, North Carolina, since December 13, 2002.

Motor vehicle, a 1981 Chevrolet Corvette, with an estimated value of $4,100.00, registered to the defendant in Cleveland County, North Carolina.

The United States shall provide the Court with an accounting of its income from sale of the properties and its return of any excess over the value of the money judgment to the defendant.

This the 30th day of July, 2009.

THOMAS SELBY ELLIS, III
UNITED STATES DISTRICT JUDGE

JUL-30-2009 16:24     JUDGE ELLIS     703 299 3340     P.03